IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EVANS,

    Plaintiff,

v.

HYATT CORPORATION, d/b/a HYATT REGENCY SAN FRANCISCO, and DOES 1 through 20, inclusive,

    Defendants.

No. C 07-01763 WHA

**ORDER RE DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

In conjunction with the court's order dated January 3, 2008, granting defendant's motion to compel, plaintiff is ordered to respond to defendant's first set of interrogatories and first set of requests for production of documents by **JANUARY 16, 2008.**

**IT IS SO ORDERED.**

Dated: January 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE