IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EVANS,

    Plaintiff,

v.

HYATT CORPORATION, d/b/a HYATT REGENCY SAN FRANCISCO, and DOES 1 through 20, inclusive,

    Defendants.
                                 /

No. C 07-01763 WHA

**ORDER RE SCHEDULING DEPOSITION AND DEADLINES**

Due to the fact that plaintiff was not personally served with the Court's order scheduling his deposition for January 14, 2008, his deposition is hereby rescheduled for **JANUARY 18, 2008, AT 10:00AM** at the law offices of Folger Levin & Kahn, 275 Battery Street, 23rd Floor, San Francisco, CA 94111. Plaintiff's response to defendant's first set of interrogatories and first set of requests for production is rescheduled from January 16, 2008, to **JANUARY 21, 2008.** The deadline for filing dispositive motions is rescheduled from January 24, 2008, to **JANUARY 31, 2008**.

    **IT IS SO ORDERED.**

Dated: January 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE