IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EVANS,

    Plaintiff,

v.

HYATT CORPORATION, d/b/a HYATT REGENCY SAN FRANCISCO, and DOES 1 through 20, inclusive,

    Defendants.
    /

No. C 07-01763 WHA

**ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME FOR HEARING**

Defendants' motion to shorten time in which to hear defendants' motion to enforce the settlement agreement and motion for sanctions is **GRANTED**. The hearing on the motion to enforce the settlement agreement and defendants' motion for sanctions will be heard on **MARCH 31, 2008, AT 2PM**. Plaintiff's opposition to both motions will be due on **MARCH 28, 2008, AT NOON**.

    **IT IS SO ORDERED.**

Dated: March 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE