IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN EVANS,

    Plaintiff,

  v.

HYATT CORPORATION, d/b/a HYATT
REGENCY SAN FRANCISCO, and
DOES 1 through 20, inclusive,

    Defendant.

No. C 07-01763 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting in part and denying in part defendants' motion to enforce the settlement agreement, the following judgment is hereby entered:

- Defendants will place a confidential seal on plaintiff's personnel file.
- Defendants will modify the current termination in plaintiff's personnel file from a termination to a resignation.
- Anytime someone calls asking for a reference for plaintiff, the only information provided to them will be the dates plaintiff worked for defendants, the fact that he resigned voluntarily, and his former position held.
- Defendants will forego their claim against plaintiff for sanctions in the amount of $1,498.26 as granted in the Court's order dated January 3, 2008 (Dkt. 23).
- Plaintiff agrees to forego all claims made in the complaint and all those closely related thereto.

This case is **DISMISSED WITH PREJUDICE**. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE